DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARINKA GOULD,** Individually and As Assignor to **WINSOR INVESTMENTS, LLC**
Appellant,

v.

**AJAX MORTGAGE LOAN TRUST 2021-C, MORTGAGE-BACKED SECURITIES SERIES 2021-C, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,**
Appellee.

No. 4D2025-0010

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2021-CA-006691-XXXX-MB.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Ronald Pereira of Lamchick Law Group, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***